# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:                                                          CASE NO.: 15-26799-RAM
                                                                CHAPTER 13

Radairis Patterson,

   Debtor.

_____/

## RESPONSE TO MOTION FOR SALE OF PROPERTY
## (HOMESTEAD PROPERTY)

**COMES NOW**, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-12, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-12 ("Creditor"), by and through undersigned counsel, hereby files its Response to Motion for Sale of Property (Homestead Property) (DE 68) filed by Debtor RADAIRIS PATTERSON and, in support thereof, states as follows:

1. Creditor holds a 1st mortgage on the property located at 19026 SW 76TH AVE, MIAMI, FL 33157.

2. Creditor does not oppose the sale, however, states that the sale is contingent upon the Debtor/Trustee complying with all the conditions as stated in the letter approving the short sale dated September 23, 2016.

3. Furthermore, net proceeds from the short sale shall be paid to Nationstar Mortgage LLC.




14-86537 - BoA

**WHEREFORE,** Creditor respectfully requests entry of an order allowing the short sale contingent upon the Debtor/Trustee complying with all the conditions as stated in the letter, Creditor shall be paid the full amount from net proceeds from the sale, and for such other and further relief as the Court deems just.

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) and/or United States first class mail postage prepaid to the Attached Mailing List this 17 day of October, 2016.

        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-241-1969


        By: /s/ Bouavone Amphone
        Bouavone Amphone, Esquire
        Florida Bar No. 20644
        Communication Email: bamphone@rasflaw.com

Mailing List

SAMIR MASRI
901 PONCE DE LEON BLVD #101
CORAL GABLES, FL  33134

RADAIRIS PATTERSON
19026 SW 76 AVE.
MIAMI, FL  33157

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130


By: /s/ Bouavone Amphone
Bouavone Amphone, Esquire
Florida Bar No. 20644
Communication Email: bamphone@rasflaw.com

14-86537 - BoA